

# NUMBER 13-22-00422-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

## IN RE NORTE HOLDINGS, LLC

## On Petition for Writ of Mandamus.

# ORDER

**Before Justices Longoria, Hinojosa, and Silva**
**Order Per Curiam**

On September 15, 2022, relator Norte Holdings, LLC filed a petition for writ of mandamus seeking to compel the trial court to: (1) vacate its June 2, 2022 order staying the trial court proceedings and denying relator's suit without prejudice; (2) vacate its August 16, 2022 order denying reconsideration of that ruling; and (3) rule on relator's application for recognition of a foreign judgment. *See* TEX. CIV. PRAC. & REM. CODE ANN. §§ 36A.001–.011 (comprising the Uniform Foreign-Country Money Judgments Recognition Act).

The Court requests that the real parties in interest, Desarrollo Inmobiliario Las Haciendas, S.A. De C.V. and Florencio Ignacio Guerra Portilla a/k/a Florencio Guerra, or any others whose interest would be directly affected by the relief sought, file a response to the petition for writ of mandamus on or before the expiration of ten days from the date of this order. *See* TEX. R. APP. P. 52.2, 52.4, 52.8.

PER CURIAM

Delivered and filed on the
19th day of September, 2022.